# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUZANNE ERLER,

    Plaintiff,

v.

WESTERN ARIZONA REGIONAL MEDICAL CENTER., *et al.*,

    Defendants.

Case No. 2:24-cv-01731-CDS-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's motion for leave to file and serve second amended complaint, Docket No. 11, which is **GRANTED**.[1] Plaintiff must promptly file and serve the second amended complaint. Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: January 21, 2025

                                       Nancy J. Koppe
                                       United States Magistrate Judge

---

[1] It is within a magistrate judge's authority to grant leave to amend. *Underwood v. O'Reilly Auto Enterps., LLC*, 342 F.R.D. 338, 342 n.2 (D. Nev. 2022) (collecting cases).

1