# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUZANNE ERLER,

    Plaintiff,

v.

WESTERN ARIZONA REGIONAL MEDICAL CENTER, *et al*.,

    Defendants.

Case No. 2:24-cv-01731-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by June 20, 2025.

    IT IS SO ORDERED.

    Dated: June 18, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge