# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE ERLER,<br><br>    Plaintiff,<br><br>v.<br><br>BULLHEAD CITY HOSPITAL CORPORATION,<br><br>    Defendant. | Case No. 2:24-cv-01731-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 17, 23, 24] |

Pending before the Court is Defendant's motion to transfer this case to the District of Arizona pursuant to 28 U.S.C. § 1406(a). Docket No. 17. Plaintiff filed a notice of non-opposition and consents to the requested change of venue. Docket No. 19.

Accordingly, Defendant's motion to transfer is **GRANTED**.[1] Docket No. 17. This action is hereby **TRANSFERRED** to the District of Arizona. Accordingly, all pending motions are **DENIED** without prejudice. Docket Nos. 23, 24. The Early Neutral Evaluation session set for June 30, 2025, before United States Magistrate Judge Daniel J. Albregts is hereby **VACATED**. *See* Docket No. 18.

IT IS SO ORDERED.

Dated: June 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

---

[1] An order transferring a case to another federal jurisdiction is a nondispositive matter that is within a magistrate judge's authority under 28 U.S.C. § 636(b)(1)(A). *See in re U.S. Dept. of Ed.*, 25 F.4th 692, 698-99 (9th Cir. 2022).

1